NUMBER 13-08-00622-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

KINDRED HOSPITAL, L.P., APPELLANT,


v.



HOLLIS SCOTT, JR. AND PAT LAMBRIGHT, 

INDIVIDUALLY, ON BEHALF OF THE ESTATE 

OF ZELMA JEAN SCOTT, DECEASED, AND

ON BEHALF OF ALL WRONGFUL DEATH

BENEFICIARIES OF ZELMA JEAN SCOTT, 

DECEASED, INCLUDING, BUT NOT LIMITED 

TO, HOLLIS SCOTT, JR. AND PAT LAMBRIGHT, APPELLEES. 

_____________________________________________________________


On Appeal from the 105th District Court 


of Nueces County, Texas.


______________________________________________________________



MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 105th District Court
of Nueces County, Texas, in cause number 07-2142-D. Appellant has filed an unopposed
motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party that incurred them. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of March, 2009.